No. 81–6517.   MORRIS *v.* ROSS.   C. A. 11th Cir.   Certiorari denied.

No. 81–6520.   BRIDGES *v.* TEXAS.   Ct. Crim. App. Tex. Certiorari denied.

No. 81–6521.   GONZALEZ *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 81–6522.   HEMPHILL *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 81–6566.   BURNS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 81–6571.   STRAHAN *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 81–6588.   FORD *v.* CALIFORNIA.   App. Dept., Super. Ct. Cal., County of Los Angeles.   Certiorari denied.

No. 81–6607.   CELIFIE *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–6615.   ANTONELLI *v.* SCHRIEBER ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 81–6625.   HOWARD *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–6626.   DIFRONZO *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 81–6632.   HUMPHREY *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–6643.   TOWNLEY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.